Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Alexandria Division

2019 DEC 31 P 4: 55
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Davetta Lynn Range
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Amazon ... ET AL
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:19CV1647 AJT/MSN
(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Davetta Lynn Range
   Street Address: 2706 Cator Drive
   City and County: Fort Wash, PG (Prince Georges)
   State and Zip Code: Maryland 20744
   Telephone Number: 301 248-3269
   E-mail Address: MissionaryBLMM@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: AMAZON Jeff Bezos
- Job or Title (if known): Owner
- Street Address:
- City and County: Seattle or Arlington
- State and Zip Code: Washington / Virginia
- Telephone Number:
- E-mail Address (if known): Jeff@amazon.com

Defendant No. 2
- Name: Andrei Iancu
- Job or Title (if known): Under Secy of Commerce USPTO
- Street Address: 600 Dulany St MDW 10D44
- City and County: Alexandria
- State and Zip Code: VA 22314
- Telephone Number: 571-272-8600
- E-mail Address (if known): Andrei.Iancu@uspto.gov

Defendant No. 3
- Name: Steny H. Hoyer
- Job or Title (if known): House Majority Leader - Democratic Party
- Street Address: 1705 Longworth House Office Bldg
- City and County: Washington DC
- State and Zip Code: D.C. 20515
- Telephone Number: (202) 225-4131
- E-mail Address (if known):

Defendant No. 4
- Name: Robert C 'Bobby' Scott
- Job or Title (if known): House Education (Dept- Committee Chair)
- Street Address: 1201 Longworth HOB
- City and County: Wash., DC
- State and Zip Code: D.C. 20515
- Telephone Number: (202) 225-8351
- E-mail Address (if known): Chief of Staff David.Dailey@mail.house.gov

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case    ET AL

Defendant No. 5
    Name: FACEBOOK
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 6
    Name: WIKIPEDIA
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 7
    Name: Twitter
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 8
    Name: Act Blue
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name                                  _____
    Job or Title *(if known)*        _____
    Street Address                _____
    City and County             _____
    State and Zip Code         _____
    Telephone Number         _____
    E-mail Address *(if known)*    _____

Defendant No. 2
    Name                                  _____
    Job or Title *(if known)*        _____
    Street Address                _____
    City and County             _____
    State and Zip Code         _____
    Telephone Number         _____
    E-mail Address *(if known)*    _____

Defendant No. 3
    Name                                  _____
    Job or Title *(if known)*        _____
    Street Address                _____
    City and County             _____
    State and Zip Code         _____
    Telephone Number         _____
    E-mail Address *(if known)*    _____

Defendant No. 4
    Name                                  _____
    Job or Title *(if known)*        _____
    Street Address                _____
    City and County             _____
    State and Zip Code         _____
    Telephone Number         _____
    E-mail Address *(if known)*    _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Article 1, Section 8, Clauses 3, 8 & 10. U.S. Constitution gives Exclusive Rights to the Copyright IPO (Intellectual Property Owner)

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

In the United States, on Social Media like Facebook, Wikipedia, Twitter & ecommerce websites like actblue;...com (Amazon) and BlackLivesMatter.com, and BlackLivesMatter at School.com ... organizations seeking Trademarks are Proof of Racketeering Piracy.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

I created the works @ 2013 and shortly thereafterwards some ran with my vision, but others attempted to hijack it. These were Piracy or enablers.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have not received the Funds for Black Lives Matter... They all are Misappropriated In many ways.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

PIRACY IS NOT A VICTIMLESS CRIME.

(12 yrs a Slave)

More to Come! See Above!

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Audits + All Rights Appertaining

$250M Defamation ~~Funds~~ Per Year, Per Org.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-31-2019

Signature of Plaintiff: Davetta Lynn Range

Printed Name of Plaintiff: DAVETTA LYNN RANGE

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

# Copyright
United States Copyright Office

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Document Number = Txu002092746
Search Results: Displaying 1 of 1 entries



**Labeled View**

*GOD SAY?S,?ALL LIVES MATTER? We are our Brother?s and Sister?s Keeper!, et...*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu002092746 / 2017-09-12 |
| **Application Title:** | All Lives Matter: We Are Our Brother's and Sister's Keeper and Black Lives Matter Vision Movement! |
| **Title:** | GOD SAY?S,?ALL LIVES MATTER? We are our Brother?s and Sister?s Keeper!, et al. . |
| **Description:** | Electronic file (eService) + Print material, 2 p. |
| **Copyright Claimant:** | Davetta Lynn Range. Address: P.O. Box 521, Oxon Hill, MD, 20750-0521. |
| **Date of Creation:** | 2013 |
| **Authorship on Application:** | Davetta Lynn Range; Citizenship: United States. Authorship: text. |
| **Pre-existing Material:** | Bible Verses. |
| **Basis of Claim:** | All Other Texts. |
| **Rights and Permissions:** | Davetta Lynn Range, P.O. Box 521, Oxon Hill, MD, 20750-0521, (301) 248-3269, missionaryblmm@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| | Basis for Registration: Unpublished collection |
| **Contents:** | All Lives Matter: We Are Our Brother's and Sister's Keeper and Black Lives Matter Vision Movement!, Divine Intervention, et al. |
| **Names:** | Range, Davetta Lynn |



**Save, Print and Email (Help Page)**
Select Download Format | Full Record ▼ | Format for Print/Save
Enter your email address: | Email

Help  Search  History  Titles  Start Over

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria DIVISION

Davetta Lynn Range
Plaintiff(s),

v.

Amazon ... et al
Defendant(s).

Civil Action Number: _____

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of **This Complaint + Request for Injunction**
(Title of Document)

Davetta Lynn Range
Name of Pro Se Party (Print or Type)

*/s/ Davetta Lynn Range*
Signature of Pro Se Party

Executed on: 12-31-2019 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)