UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DAVETTA LYNN RANGE,

       Plaintiff,

  v.

AMAZON, ET AL.,

       Defendant.

Civil No. 1:19-cv-1647-AJT-MSN

### REPORT & RECOMMENDATION

This matter comes before the Court on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. No. 2). Having reviewed the record and pleadings, the undersigned Magistrate Judge recommends denying the Motion and dismissing Plaintiff's Complaint for the reasons that follow.

**I. Background**

Pursuant to 28 U.S.C. § 1915(e), a court must dismiss a case proceeding *in forma pauperis* if it "determines that . . . the action or appeal—(ii) fails to state a claim on which relief may be granted." The objective of this statute is to "discourage the filing of, and waste of judicial and private resources . . . ." *Neitzke v. Williams*, 490 U.S. 319, 327 (1989). In order to state a claim on which relief may be granted, a complaint "must contain sufficient factual matter, accepted as true, to 'state a claim for relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007).

In this case, Plaintiff's Complaint appears to allege a claim of copyright infringement. The Complaint, however, does not contain sufficient factual allegations to permit the Court to determine whether Plaintiff has a colorable claim. Plaintiff failed to plead facts that would permit the Court to understand how the various Defendants infringed upon Plaintiff's alleged copyright. The Court, therefore, finds that the pleading is too vague and conclusory to state a claim upon

which relief can be granted and appears otherwise frivolous.

## II. Recommendation

For the foregoing reasons, the undersigned recommends DENYING Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and DISMISSING Plaintiff's Complaint.

## III. Notice

By means of the Court's electronic filing system and by mailing a copy of this Report and Recommendation to Defendants at their address for service of process, the parties are notified as follows. Objections to this Report and Recommendation must be filed within fourteen (14) days of service on you of this Report and Recommendation. Failure to file timely objections to this Report and Recommendation waives appellate review of the substance of this Report and Recommendation and waives appellate review of a judgment based on this Report and Recommendation.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

January 7, 2020
Alexandria, Virginia