IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | ) | |
|---|---|---|
| DAVETTA LYNN RANGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 1:19-cv-1647-AJT-MSN |
| | ) | |
| AMAZON JEFF BEZOS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

This matter is before the Court on the Report & Recommendation of the Magistrate Judge [Doc. No. 3], recommending that the Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* [Doc. No. 2] be denied and Plaintiff's Complaint [Doc. No. 1] be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Subsequent to the Report & Recommendation of the Magistrate Judge, Plaintiff filed with the Court what she styled as Praecipe I, II, III, IV, V (Parts 1 and 2) [Doc. Nos. 4, 5] and Amended Defendants [Doc. No. 6]. On January 21, 2020, Plaintiff filed a Response to the Report & Recommendation [Doc. No. 7]. Plaintiff asserts that these four additional filings together correct the issues found in her Complaint by the Magistrate Judge in his Report & Recommendation. *Id.*

The Court has reviewed *de novo* the contents of Plaintiff's Complaint, Motion for Leave to Proceed *in Forma Pauperis*, and her additional filings, including her Response to the Report & Recommendation, and concludes that Plaintiff's additional filings do not correct the issues identified by the Magistrate Judge in his Report & Recommendation. The Court adopts the Magistrate Judge's conclusion that Plaintiff has failed to plead facts that would permit the Court to understand how it is plausible that the various Defendants infringed upon Plaintiff's alleged

copyright, and therefore the pleading is too vague and conclusory to state a claim upon which relief can be granted. See [Doc. No. 3] at 1–2.

Accordingly, it is hereby

ORDERED that the Report & Recommendation [Doc. No. 3] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Plaintiff's Motion to Proceed *in Forma Pauperis* [Doc. No. 2] be, and the same hereby is, DENIED; and it is further

ORDERED that the Complaint be, and the same hereby is, DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

The Clerk is directed to forward copies of this Order to all counsel of record and to mail a copy to *pro se* Plaintiff Range and to enter judgment in favor of Defendants pursuant to Fed. R. Civ. P. 58.

**This is a final order for purposes of appeal.** To appeal, Plaintiff must file a written Notice of Appeal with the Clerk of the Court within thirty (30) days of the date of this Order. A Notice of Appeal is a short statement stating a desire to appeal an order and identifying the date of the order Plaintiff wishes to appeal. Failure to file a timely Notice of Appeal waives Plaintiff's right to appeal this decision.

/s/
Anthony J. Trenga
United States District Judge

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 23, 2020