# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Davetta Lynn Range, | ) |
|     Plaintiff, | ) |
| v. | )    Civil Action No. 1:19cv1647-AJT-MSN |
| Amazon Jeff Bezos, et al., | ) |
|     Defendants. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on January 23rd, 2020 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants', Amazon Jeff Bezos, Andrei Iancu, Steny H. Hoyer, Robert C'Bobby' Scott, Facebook, Wikipedia, Twitter, Act Blue, University of Southern California, MBDA Grant Receivers (BLMLA), Regents of the University of California Los Angeles & Oakland, Color of Change, Black Lives Matter Foundation, John C. Stocks, NEA, Black Lives Matter VT LTD, New York Black Lives Matter Inc, Black Lives Matter Vancouver, Black Lives Matter Greater Atlanta, Data for Black Lives, Bill Montgomery, Turning Point USA, US Commerce Dept MBDA, John Podesta, Paul Sennott, John Zavez, Ethan Forrest, Black Lives Matter Network Inc, Black Lives Matter Toronto, Bonnie Janett, Jeff Pash, Brian A Jackson, Richard Gergel, DCRA Dept of Consumer & Reg Affairs, April Goggins, Act Blue PAC, Melanie Campbelle, NCBCP, Tony Lee, George Soros, Patrick Gaspard, Open Society FDD, Steve Linick, Mark Ridley Thomas,

UUA Church, Susan F Grey, AME Church and against the Plaintiff, Davetta Lynn Range.

                                             FERNANDO GALINDO, CLERK OF COURT

                                                   /s/ Paulina A. Miller
                                                         Deputy Clerk

Dated: January 23rd, 2020
Alexandria, Virginia